IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

WARREN FORD,

  Petitioner,

v.           CIVIL ACTION NO.: CV210-049

ANTHONY HAYNES, Warden,

  Respondent.

## ORDER

After an independent and *de novo* review, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Petitioner Warren Ford ("Ford") makes many vague and/or conclusory statements he deems to be facts. For instance, Ford claims that 28 U.S.C. § 2255 is not the proper venue to bring his cause of action, as "it is inadequate or ineffective. There is no case or controversy, the trial never happened so therefore the Petitioner is being held without a conviction to contest (sic)." (Doc. No. 18, p. 3).

Ford fails to respond appropriately to the Magistrate Judge's recommendation that his petition be dismissed based on his failure to satisfy § 2255's savings clause, or, in the alternative, based on Ford's failure to obtain authorization from the Eleventh Circuit Court of Appeals to file a second or successive section 2255 motion. Ford's Objections are **overruled**. The Magistrate Judge's Report and Recommendation is

adopted as the opinion of the Court. Ford's petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, is **DISMISSED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this ___ day of _____, 2011.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA